IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ECORE INTERNATIONAL INC., | § | |
| | § | |
| Garnishor, | § | |
| | § | |
| V. | § | No. 3:26-cv-2802-X |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Garnishee, | § | |
| | § | |
| RUBAROC LLC, | § | |
| | § | |
| Judgment Debtor. | § | |

**ORDER REQUIRING THAT COUNSEL CONFER AND, IF NECESSARY, SETTING BRIEFING SCHEDULE**

A writ of garnishment was issued as to Garnishee Bank of America, N.A. on August 24, 2026. *See* Dkt. Nos. 1-3. Bank of America moved to quash this writ of garnishment for improper service on September 16, 2026. *See* Dkt. No. 8. The next day, United States District Judge Brantley Starr referred the motion to quash to the undersigned United States magistrate judge for determination under 28 U.S.C. § 636(b). *See* Dkt. No. 13.

Particularly because Garnishor Ecore International Inc. subsequently requested that the Clerk issue a further writ of garnishment on September 11, 2026, *see* Dkt. No. 7, which the Clerk issued on September 21, 2026, *see* Dkt. No. 14, counsel for the affected parties are ordered to first meet and confer and Ecore then must, by **October 1, 2026**, either file a joint status report that the parties have resolved the referred motion to quash without judicial intervention or response to the motion to

quash. If Ecore files a response, Bank of American may file a reply by **October 8, 2026**.

SO ORDERED.

DATED: September 23, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE